UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW PASSAGLIA, et al., | CASE NO. C11-1728 MJP |
| Plaintiffs, | MINUTE ORDER TRANSFERRING CASE |
| v. | |
| JAMES R. SMITH, JR., et al., | |
| Defendants. | |
| and | |
| MOTROCITY, | |
| Nominal Defendant | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The above-entitled case is hereby transferred to the Honorable Thomas S. Zilly, United States District Judge, pursuant to this District's policy to transfer cases presenting common question of fact or law to the judge to whom the earliest filed case was assigned.  See General

MINUTE ORDER TRANSFERRING CASE- 1

Order No. 10-01 at ¶ 10(A) (W.D. Wash. Mar. 25, 2010). The caption for this case shall hereinafter be **C11-1728 TSZ**. All scheduled dates will remain as set unless the parties are notified otherwise by Judge Thomas S. Zilly.

The clerk is ordered to provide copies of this order to all counsel.

Filed this 10th day of November, 2011.

William M. McCool
Clerk of Court

s/Mary Duett
Deputy Clerk

MINUTE ORDER TRANSFERRING CASE- 2