THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| ADAM PASSAGLIA, ET AL. | Case No. C11-1728 TSZ |
| Plaintiffs, | VOLUNTARY NOTICE |
| vs. | OF DISMISSAL |
| JAMES R. SMITH, JR., ET AL. | |
| Defendants, | |
| and | |
| MOTRICITY, INC. | |
| Nominal Defendant. | |

Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby give notice of voluntarily dismissing the above-captioned action without prejudice, with each party to bear its own fees and costs. The Clerk of Court is respectfully requested to close this case.

DATED this 3rd day of January 2012.

WEINSTEIN COUTURE PLLC

By /s/ B. R. Couture
Benjamin R. Couture WSBA #39304
Attorneys for Plaintiffs

MOTRICITY – VOLUNTARY
NOTICE OF DISMISSAL - 2

GOLDFARB BRANHAM LLP

/s/ Hamilton Lindley

Charles W. Branham III
Hamilton Lindley
2501 N. Harwood St., Suite 1801
Dallas, TX 75201
Telephone:  (214) 583-2233
Facsimile:  (214) 583-2234

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 3rd day of January 2012, by using the CM/ECF system which will send notice of electronic filing to all parties of record.

WEINSTEIN COUTURE PLLC

Benjamin R. Couture WSBA #39304
Attorneys for Plaintiffs

MOTRICITY – VOLUNTARY
NOTICE OF DISMISSAL - 3