UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| ANDREW PASSAGLIA, TODD MIKELL, STANLEY FADEN, TIMOTHY ALLEN NESS, DERIVATIVELY ON BEHALF OF MOTRICITY, | CIVIL ACTION NO. 2:11-cv-01728 |
| Plaintiffs, | VOLUNTARY NOTICE OF DISMISSAL |
| vs. | |
| JAMES R. SMITH, JR.; LADY BARBARA JUDGE; HUNTER C. GARY; BRETT C. ICAHN; JAMES L. NELSON; JAY FIRESTONE; RYAN K. WUERCH; JAMES RYAN, ALLYN P. HEBNER, SUZANNE H. KING; BRIAN V. TURNER; JEFFREY A. BOWDEN; AND DOES 1-25, | |
| Defendants. | |
| and | |
| MOTRICITY, a Washington corporation, | |
| Nominal Defendant. | |

Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby give notice of voluntarily dismissing the above-captioned action without prejudice, with each party to bear its own fees and costs. The Clerk of Court is respectfully requested to close this case.

VOLUNTARY NOTICE OF DISMISSAL - 1

WEINSTEIN COUTURE PLLC
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98154
(206) 389-1734 - FACSIMILE (206) 389-1708

WEINSTEIN COUTURE PLLC

Audrey L. Udashen, WSBA # 42868
Attorneys for Plaintiffs


GOLDFARB BRANHAM LLP

/s/ Hamilton Lindley

Charles W. Branham III
Hamilton Lindley
2501 N. Harwood St., Suite 1801
Dallas, TX 75201
Telephone:  (214) 583-2233
Facsimile:  (214) 583-2234

Attorneys for Plaintiffs

VOLUNTARY NOTICE OF DISMISSAL - 2

WEINSTEIN COUTURE PLLC
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98154
(206) 389-1734 - FACSIMILE (206) 389-1708